DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN CHARLES SHROUDER,**
Appellant,

v.

**IAN CHAMBERS** and **GAMA III SHIPPING SERVICES, INC.,**
Appellees.

No. 4D2024-2278

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE23-014044.

Lee H. Schillinger of Lee H. Schillinger, P.A., Weston, for appellant.

Jacqueline M. Bertelsen and John Y. Benford of Wilson Elser Moskowitz Edelman & Dicker LLP, Orlando, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN and LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***